**Dismissed and Opinion Filed October 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00245-CV

## SUSAN WILLIAMS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT A. WILLIAMS, Appellant

### V.

## PLANO INDEPENDENT SCHOOL DISTRICT, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-1200-2013

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The parties have filed an agreed motion to dismiss the appeal, asserting they have resolved all pending claims. We grant the motion and dismiss the appeal.

140245F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SUSAN WILLIAMS, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF ROBERT A. WILLIAMS,
Appellant

No. 05-14-00245-CV      V.

PLANO INDEPENDENT SCHOOL
DISTRICT, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-1200-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Per the parties' agreement, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered October 30, 2014.